

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00544-CV

**IN THE INTEREST OF A.V.T.**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 141130350MCV
Honorable Maribel Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's August 1, 2019 order is REVERSED and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant Marc Anthony Torres recover his costs of this appeal from Appellee Frances Santos.

SIGNED March 31, 2021.

_____
Liza A. Rodriguez, Justice